427 A.2d 266

Commonwealth v. Wilson, Appellant.

Submitted November 16, 1979. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Order affirmed.